UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

M&T BANK,

          Plaintiff.

   v.

PAULA WHITEROCK,

          Defendant.

Case No. 15-cv-00914-JCS

**ORDER TO SHOW CAUSE**

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on June 19, 2015, before this Court in the above-entitled case. Plaintiff was present. Defendant was not present.

IT IS HEREBY ORDERED that Defendant appear on **July 10, 2015, at 2:00 p.m.,** before Chief Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be remanded to Superior Court for improper removal and lack of subject matter jurisdiction.

IT IS SO ORDERED.

Dated: June 23, 2015

                                                      JOSEPH C. SPERO
                                                      Chief Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M&T BANK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PAULA WHITEROCK,<br><br>　　　　　Defendant. | Case No.  15-cv-00914-JCS<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　That on June 23, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Paula Whiterock
50 Charro Drive
Santa Rosa, CA 95401

Dated: June 23, 2015

　　　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　Karen Hom, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable JOSEPH C. SPERO

2