UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **M&T BANK,**<br><br>            **Plaintiff,**<br><br>     vs.<br><br>**PAULA WHITEROCK,**<br><br>            **Defendant.** | Case No.: 15-cv-00914 YGR<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; REMANDING CASE FOR LACK OF SUBJECT MATTER JURISDICTION** |

The Court has reviewed Magistrate Judge Spero's Report and Recommendation recommending remand of this action to the Sonoma County Superior Court because this Court lacks subject matter jurisdiction over this unlawful detainer action. Dkt. No. 15. No party has filed an objection to the Report. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.

Accordingly, and for the reasons set forth in the Report, the above-captioned action is **REMANDED** to the Sonoma County Superior Court.

This Order terminates Case Number 15-cv-00914.

**IT IS SO ORDERED.**

Date: July 29, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**